## 57462. JENKINS v. THE STATE.

DEEN, Chief Judge.

On January 9, 1978, after a jury was empaneled and with the assistance of counsel, appellant withdrew his plea of not guilty of theft of a motor vehicle and entered a

guilty plea. On the same day, he was sentenced to twenty years in a state penitentiary. On December 20, 1978, some eleven months after sentencing, he filed a pro se notice of appeal although no motion interceded to extend the time for filing an appeal. *Held:*

This appeal must be dismissed as it was not filed within thirty days after sentence was entered. Code Ann. § 6-803.

*Appeal dismissed. McMurray and Shulman, JJ., concur.*

SUBMITTED MARCH 8, 1979 — DECIDED MARCH 16, 1979.

Leroy Jenkins, *pro se.*
W. Donald Thompson, District Attorney, Thomas J. Matthews, Assistant District Attorney, for appellee.